FORMER EMPLOYEES OF MOHICAN MILLS, INC., Plaintiffs, v. SECRETARY OF UNITED STATES DEPARTMENT OF LABOR, Defendant.

Court No. 04-00255

## *ORDER*

CARMAN, *Judge*: Upon consideration of the United States Department of Labor's determination in *Mohican Mills, Inc., Lincolnton, NC; Notice of Revised Determination on Remand*, 69 Fed. Reg. 62,464 (October 26, 2004), issued in response to this Court's order of August 16, 2004, granting voluntary remand; Plaintiffs' letter to this Court dated De-

cember 7, 2004, advising this Court that Plaintiffs accepted the Department of Labor's remand determination; and all other pertinent information, it is hereby

ORDERED that the Department of Labor's determination is affirmed; and it is further

ORDERED that all issues before the Court having been resolved, this case is dismissed. SO ORDERED.